# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00040-CV

**Gale Elizabeth Griggs, Appellant**

**v.**

**John Michael Griggs, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 433RD JUDICIAL DISTRICT
### NO. C2009-0643D, HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Gale Elizabeth Griggs filed her notice of appeal on January 24, 2011. On April 4, 2011, this Court received notice from the district clerk's office of Comal County, Texas, that appellant had not paid or made arrangements to pay for the clerk's record. On April 26, 2011, the Clerk of this Court sent notice to appellant requesting that appellant make arrangements for the clerk's record and submit a status report regarding this appeal. The Clerk also notified appellant that her appeal would be dismissed for want of prosecution if she did not respond to this Court by May 6, 2011. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed for Want of Prosecution

Filed:   June 14, 2011